JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE J. KNAPP, an individual; <br><br> Plaintiff, <br><br> v. <br><br> CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia Limited Liability Company; and DOES 1 through 75, inclusive, <br><br> Defendants. | Case No. 5:14-CV-01112-BRO (SPx) <br><br> ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) <br><br> Hon. Beverly Reid O'Connell <br> Courtroom: 14 <br><br> Complaint Filed: April 14, 2014 <br> Removed: June 3, 2014 |

On September 4, 2015, plaintiff CANDACE J. KNAPP and defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice against defendant, CARMAX AUTO SUPERSTORES CALIFORNIA, LLP.

///

1     5:14-cv-01112-BRO-SP
Order on Stipulation of Voluntary Dismissal Pursuant
to FRCP 41(a)(1)(A)(ii)

1  Therefore, good cause having been shown and the parties having
2  stipulated to same, the Court hereby makes the following order:

4  IT IS ORDERED THAT:

5      1. This entire action is dismissed with prejudice against defendant,
6         CARMAX AUTO SUPERSTORES CALIFORNIA, LLP, and each
7         party shall bear their own fees and costs.
8      2. The October 20, 2015 trial date is hereby vacated.

10  Dated: September 8, 2015

   _____
   HON. BEVERLY REID O'CONNELL
   United States District Court Judge
   Central District of California

2   5:14-cv-01112-BRO-SP
Order on Stipulation of Voluntary Dismissal Pursuant
to FRCP 41(a)(1)(A)(ii)